RECEIVED

MAR 28 2023

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. 23-cv-759 JWB/DTS
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
YES [✓]    NO [ ]

Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

    Name  Greg Traylor

    Street Address  1609 Woodbridge St N    Apt 101

    County, City  Ramsey, St Paul

    State & Zip Code  MN, 55117

    Telephone Number  651-443 1364

2.  List all defendants.  You should state the full name of the defendant, even if that defendant is
    a government agency, an organization, a corporation, or an individual.  Include the address

    Pepsi Co

SCANNED

MAR 29 2023

U.S. DISTRICT COURT MPLS


where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name  PePSiCo

Street Address  1300 Cliff Rd E, Burnsville MN

County, City  Burnsville

State & Zip Code  MN, 55337

b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older).  **NOTE**: *In*

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☑ Other (Please describe.) Retaliation and Harrasment

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

   (Street Address)                    (City/County)          (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

   Nov 30th 2022

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   a. ☑ Yes     Date filed: _12/20/2022_

   b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter? yes

3

a.  ☑ Yes    If yes, please attach a copy of the letter to this complaint.

b.  ☐ No

NATURE OF THE CASE

8.  The conduct complained of in this law suit involves (check only those that apply):

a.  ☐ Failure to hire me

b.  ☐ Termination of my employment

c.  ☐ Failure to promote me

d.  ☐ Failure to accommodate my disability

e.  ☑ Terms and conditions of employment differ from those of similar employees

f.  ☑ Retaliation

g.  ☑ Harassment

h.  ☐ Other conduct (please specify):

i.  Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☑ Yes    ☐ No

9.  I believe that I was discriminated against because of my (check all that apply):

a.  ☑ Race

b.  ☐ Religion

c.  ☐ National origin

4

d. ☑ Color

e. ☐ Gender

f. ☐ Disability

g. ☐ Age (my birth year is: _____ )

h. ☑ Other (please specify): Hair Locs

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☑ Yes      ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. I have got a write up/coaching for Paper work while other Emplayees like David.B Gets Reconized and awards for Perfect paperwork. His paperwork has not been Perfect.

9 10/07/22 MANeger felix spotted me In the parking lot and Targeted me for a 15 min break and has come Back and fourth to my work station Questioning me.

8 I Reported saftey and Retailiation against another Employee Anonymously and It got back to the Emplayee

7 I have Reported harrement and aggressive behavior from supervisors and management to Hr and They didnt get Back to me or help out

5

(6) Supervisors have followed me Into Restrooms Hr Still Did No help

(5) Supervisors has Stolen Notes from my Desk That I Take to Record the things happening Hr. Still Did Not help.

(4) Supervisors has sabatage my work Still No help from Hr. Also I have got written up for Things That I wes Trained to do and Also written up for the Same mistake Superviors has made or Even OKed.

(3) Also The Day PePsi Recieved my Notice From EEOC. That Same DAY They Retaliated against me with harrassment and a Potential write up. Every day Something New

(2). Also Hr has Informed me about Rumers going around about me Further Creating a un heathy Enviroment for me.

(1) Union Stewart was scared of retaliation himself he told me

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. I would like the court to have Pepsi Pay me for The Discrimination and harresment That I have endured while working there. In the Amount of 500,000 $

Date: 03/24/23

_____
Signature of Plaintiff

Mailing Address 1609. Woodbridge St N. Apt 101 55117
St Paul MN.

Telephone Number 651-443-1364

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6